# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

2008 OCT 10 PM 1:29

JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

-vs-

LEONARDO FERNANDEZ-CANCIO
a/k/a Leonardo Hernandez-Cancio

Case Number: 2:08-cr-16-FtM-34DNF
Case Number: 2:08-cr-17-FtM-34DNF

USM Number: 67587-004

Frank Zaremba, AFPD
1514 Broadway, Suite 301
Fort Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number One of the term of supervision. The defendant is adjudicated guilty of this violation charge number:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Manufacture 100 or More Marijuana Plants, occurring on January 11, 2008, while on supervision in violation of the conditions of supervision | January 11, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

10/1/2008

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

October  9  , 2008

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 Months in Case No. 2:08-cr-16-FtM-34DNF and 15 months in Case No. 2:08-cr-17-FtM-34DNF; to run concurrently, and to run concurrently with the imposed sentence in Case No. 08-cr-8-FtM-34SPC.** The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

LEONARDO FERNANDEZ-CANCIO
2:-08-cr-16-FtM-34DNF

Page 3 of 3

## SUPERVISED RELEASE

**The term of Supervised Release is REVOKED and not reimposed.**

AO 245B (Rev. 6/05) Judgment in a Criminal Case